# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Karen L. Borreson                    Case Number:  10-42545          Ch:  13

**MOVANT/APPLICANT/PARTIES:**

#15 Objection of Chapter 13 Trustee to Confirmation of Plan

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advise ment: Brief(s) due_____ From_____
                                Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


SUSTAINED; THE DEBTOR IS ORDERED TO FILE AN AMENDED PLAN WITHIN THIRTY DAYS.



IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry Jack Boroff
_____                      _____ Dated: 10/12/2010
Courtroom Deputy

# CERTIFICATE OF NOTICE

```
District/off: 0101-4           User: pf                  Page 1 of 1             Date Rcvd: Oct 12, 2010
Case: 10-42545                 Form ID: pdf012           Total Noticed: 1

The following entities were noticed by first class mail on Oct 14, 2010.
db          +Karen L. Borreson,    575A Main St.,    Boylston, MA 01505-1330

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 14, 2010**              **Signature:** _Joseph Speetjens_